PER CURIAM.
Affirmed. See: Parratt v. Taylor, 451 U.S. 527, 101 S.Ct. 1908, 68 L.Ed.2d 420 (1981); Baker v. McCollan, 443 U.S. 137, 99 S.Ct. 2689, 61 L.Ed.2d 433 (1979); Monell v. Department of Social Services, 436 U.S. 658, 694, 98 S.Ct. 2018, 2037, 56 L.Ed.2d 611, 638 (1978); Languirand v. Hayden, 717 F.2d 220, 227-28 (5th Cir.1983); Daniels v. Twin Oaks Nursing Home, 692 F.2d 1321, 1330-32 (11th Cir.1982), (Hoffman, J., concurring specially); Hays v. Jefferson County, 668 F.2d 869, 873-74 (6th Cir.), reh’g denied, 673 F.2d 152, cert. denied, — U.S.-, 103 S.Ct. 75, 74 L.Ed.2d 73 (1982); Kuhn v. National Association of Letter Carriers, Branch 5, 528 F.2d 767, 770 n. 4 (8th Cir.1976); Kuehner v. Green, 436 So.2d 78 (Fla.1983); Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla.1979); Wong v. City of Miami, 237 So.2d 132 (Fla.1970).